```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                  CRIMINAL NO. 2:18-00118

ROBERT ADAMS

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to continue the trial and all related deadlines for a period of approximately sixty days.  (ECF No. 32).  In support of defendant's motion and the need for a continuance, counsel for Adams states that she needs additional time to review discovery provided by the government, discuss relevant matters with her client, and file pretrial motions if appropriate.  Counsel's ability to meet with her client is complicated by the fact that defendant is in state custody in Martinsburg, West Virginia.  The government does not oppose defendant's request for a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and GRANTS the defendant's motion to continue.  In deciding to grant the motion to continue, the court considered the factors outlined in 18 U.S.C. §3161(h)(7)(B) and found that failure to grant a continuance would deny counsel the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the court hereby **ORDERS** as follows:

1. Trial of this action is continued until January 29, 2019, at 9:30 a.m., in Charleston. Jury instructions and proposed voir dire are to be filed by January 22, 2019;

2. All pretrial motions are to be filed by January 2, 2019;

3. A pretrial motions hearing is scheduled for January 9, 2019, at 1:00 p.m., in Charleston;

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 3rd day of December, 2018.

ENTER:

David A. Faber
Senior United States District Judge