IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18-00118

ROBERT ADAMS

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's third motion to continue the trial and all related deadlines for a period of approximately sixty days. (ECF No. 55). In support of defendant's motion and the need for a continuance, counsel for Adams states that she will be leaving the Office of the Federal Public Defender in less than a month and a new attorney from that office will have to take over the representation of Mr. Adams. New counsel will need additional time to review discovery in this matter, which counsel informs the court is voluminous, and then meet with defendant in order to determine how best to proceed. The government does not oppose defendant's request for a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** the defendant's motion to continue. In deciding to grant the motion to continue, the court considered the factors outlined in 18 U.S.C. §3161(h)(7)(B) and found that failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence.

Accordingly, the court hereby **ORDERS** as follows:

1. Trial of this action is continued until June 19, 2019, at 9:30 a.m., in Charleston. Jury instructions and proposed voir dire are to be filed by June 12, 2019;

2. All pretrial motions are to be filed by May 21, 2019;

3. A pretrial motions hearing is scheduled for May 28, 2019, at 10:30 a.m., in Charleston; and

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 21st day of February, 2019.

ENTER:

David A. Faber
Senior United States District Judge

2